**Order filed December 19, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV
_____

**KEEBLE LOVALL AND LIZ YOUNG, Appellants**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee**

---

**On Appeal from the County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-061841**

---

## O R D E R

Appellant's brief was due December 12, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.